IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3035 |
| | ) | |
| v. | ) | |
| | ) | |
| ARNA S. GRAY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the plaintiff's motion for reduction of sentence filed pursuant to Rule 35(b) (Filing No. 52). After considering the comments of counsel for the government and the defendant, and evaluating the assistance provided by defendant, the Court finds that the government's motion should be granted. Accordingly,

IT IS ORDERED:

1) The plaintiff's motion for reduction of sentence is granted;

2) Defendant's term of imprisonment has been satisfied, however, defendant's term of supervised release is reduced to two years.

3) In all other respects, the judgment and committal order filed November 22, 2002 (Filing No. 42) shall remain in full force and effect.

DATED this 28th day of April, 2005.

BY THE COURT

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Judge